# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV-12-4601

Date Filed: 12/10/12

Plaintiff:
**GARY WATFORD on behalf of himself and all other similarly situated consumers**

vs.

Defendant:
**EDWARDS & ASSOCIATES**

For:
Maxim Maximov, Esq.
Maxim Maximov, LLP
1600 Ave M
Second Floor
Brooklyn, NY 11230

Received by Direct Process Server, LLC on the 23rd day of November, 2012 at 1:32 pm to be served on **Edwards & Associates, 188 Montague Street, Suite 1101, Brooklyn, NY 11201**

I, Alvin Gonzalez, do hereby affirm that on the **3rd day of December, 2012** at **3:50 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Cover Letter, Summons In A Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **Ebonie Lamont** as **Receptionist**, a person employed therein and authorized to accept service for **Edwards & Associates** at the address of: **188 Montague Street, Suite 1101, Brooklyn, NY 11201**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 25, Sex: f, Race/Skin Color: black, Height: 5'7, Weight: 180, Hair: black, Glasses: y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Alvin Gonzalez

Direct Process Server, LLC
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2012003006

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m