# MAXIM MAXIMOV, LLP
ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

January 25, 2013

**VIA ECF**
Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Gary Watford v. Edwards & Associates**
             **Index No. CV-12-4601**

Dear Chief Magistrate Judge Gold:

    I represent the plaintiff in the above referenced matter. Your Honor requested that Plaintiff move for default by January 25, 2013.

    We were contacted yesterday by Edward King – counsel for the defendant. Mr. King requested an opportunity to file an Answer on behalf of his client, whom is presently in default.

    I am writing to request that Your Honor provide us with a brief seven (7) day extension to move for default, unless defense counsel submits an Answer within this time frame.

    Thank you for your time and attention to this matter.

                                                       Very truly yours,

                                                       /s/

                                                       Maxim Maximov, Esq.