UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GARY WATFORD on behalf of himself and
All other similarly situated consumers

                      Plaintiff

-against-

Edwards & Associates,

                      Defendant

Case No.
CV-12-4601
Mag: SG

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that I represent and appear for the above-named Defendant---- **EDWARDS & ASSOCIATES**.

**PLEASE TAKE FURTHER NOTICE**, that all communications and papers shall be served on the undersigned at the address and telephone number listed below.

Dated: January 31, 2013
Brooklyn, New York

                                        Yours etc...

                                        *[signature]*
                                        EDWARD HAROLD KING, ESQ.
                                        Attorney for Defendants
                                        457 Putnam Avenue
                                        Brooklyn, New York 11221
                                        Tel.: (718) 919-1706
                                        Fax,: (718) 455-5305
                                        E-mail: kingesq1@gmail.com

To:
Maxim Maximov, LLP
Maxim Maximov, Esq.
Attorneys for Plaintiff
1600 Avenue M-2nd Floor
Brooklyn, New York 11230

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | Case No.<br>CV-12-4601 |
| GARY WATFORD on behalf of himself and<br>All other similarly situated consumers | Mag: SG |
| Plaintiff | |
| -against- | **VERIFIED**<br>**ANSWER** |
| **Edwards & Associates**, | |
| Defendant | |

The Defendant, **EDWARDS & ASSOCIATES** appears by its attorney Edward Harold King and answers the complaint of the plaintiff and states:

1.  General Denial

2.  The Defendants specifically deny **paragraphs: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 13 (a) (1 through 5)14, 15, 16, 17, 18, 19, 20, 21, 22, 23 24 and 25.**

The Defendant reserves his right to amend his answer.

Dated: January 31, 2013
Brooklyn, New York

Yours etc... .,

*[signature]*

EDWARD HAROLD KING, ESQ.
Attorney for Defendant
457 Putnam Avenue
Brooklyn, New York 11221
Tel.: (718) 919-1706
Fax.: (718) 455-5305
E-mail: kingesq1@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.
CV-12-4601
Mag: SG

GARY WATFORD on behalf of himself and
All other similarly situated consumers

                      Plaintiff

-against-

**VERIFICATION**

**Edwards & Associates,**
                      Defendant

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF KINGS  )

1.      **ELLEN EDWARDS**, being sworn deposes and says:

2.      I am a principal of **EDWARDS & ASSOCIATES**, the Defendant herein. I have read the foregoing Answer and believe its contents to be true to my own knowledge except those matters alleged on information and belief, and as to those matters, I believe them to be true.

Dated: February 4, 2013
Brooklyn, New York

_____
**ELLEN EDWARDS**

On the 4th day of February, 2013, before me, the undersigned personally appeared **EDWARDS & ASSOCIATES by ELLEN EDWARDS**, its principal, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose name is subscribed to the within instrument, and acknowledged to me that they executed the same in his capacity, that by their signature on the instrument, the individuals, or the person upon behalf of which the individuals acted, executed the instrument, and that such individuals made such appearance before the undersigned in the City of New York, in the State of New York.

_____
NOTARY PUBLIC

EDWARD H. KING
Notary Public, State of New York
No. 02KI5024732
Qualified in Kings County
Commission Expires March 14, 2014

3

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Case No.<br>CV-12-4601 |
| GARY WATFORD on behalf of himself and<br>All other similarly situated consumers | Mag: SG |
| Plaintiff | |
| -against- | **AFFIRMATION OF<br>SERVICE** |
| **Edwards & Associates**, | |
| Defendant | |

1.      That your affiant is an Attorney licensed to practice law before the Courts of the State of New York, and before the United States District Court for the Eastern District of New York, that your affiant is the Attorney for **EDWARDS & ASSOCIATES**, the Defendant in the above-entitled matter, and that your affiant is personally familiar with the facts and circumstances recited herein.

2.      That on February 4, 2013 your affiant did serve the attorney for Plaintiff **MAXIM MAXIMOV**, with a true copy of the within **NOTICE OF APPEARANCE, and VERIFIED ,** by depositing the same in a United States Post Office, via U.S. Express Overnight Mail postage prepaid, addressed to:

> **Maxim Maximov, LLP**
> **Attorney for Plaintiff**
> **1600 Avenue M-2nd Floor**
> **Brooklyn, New York 11230**
> And by e-mail at: **mmaximov@mmaximov.com**

WHEREFORE, your affiant respectfully requests that the Court accept this affirmation as proof of service of the Order to Show Cause with supporting papers.

Dated: February 4, 2013
Brooklyn, New York

_____
EDWARD HAROLD KING

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Case No.
CV-12-4601
Mag: SG

**GARY WATFORD on behalf of himself and**
**All other similarly situated consumers**

                        Plaintiff
-against-

**Edwards & Associates,**

                        Defendant

===============================================================

**NOTICE OF APPEARANCE**
**VERIFIED ANSWER**
**AFFIRMATION OF SERVICE**

===============================================================

_/s/ Edward Harold King_
EDWARD HAROLD KING

**EDWARD HAROLD KING, ESQ.**
Attorney for Defendants
457 Putnam Avenue
Brooklyn, New York 11221
(O) (718) 919-1706
(Fax) (718) 455-5305
E-mail: kingesq1@gmail.com